JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STEPHENS, JR., <br><br> Plaintiff, <br><br> v. <br><br> CHAD F. WOLF, ACTING SECRETARY, UNITED STATES DEPT. OF HOMELAND SECURITY, <br><br> Defendant. | CV 18-10304 PA (DFMx) <br><br> JUDGMENT |

Pursuant to the Court's April 16, 2020 Minute Order granting the Motion for Summary Judgment filed by defendant Chad F. Wolf, Acting Secretary, United States Department of Homeland Security ("Defendant"), which granted summary judgment to Defendant on the claims asserted by plaintiff Robert Stephens, Jr. ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in his favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have his costs of suit.

DATED: April 16, 2020

Percy Anderson
UNITED STATES DISTRICT JUDGE